# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 11 |
| | : |
| 400 WALNUT ASSOCIATES, L.P. | : |
|         DEBTOR(S) | : BANKRUPTCY NO. 10-16094  SR |
| | |
| 400 WALNUT ASSOCIATES, L.P. | : |
| | : |
|         PLAINTIFF(S) | : |
|     VS. | : |
| 4TH WALNUT ASSOCIATES, L.P., | : |
| IVY REALTY LII, LLC, AND | : |
| IVY REALTY SERVICES, LLC | : |
|         DEFENDANT(S) | : ADV. NO. 10-0456 |

# ORDER

**AND NOW,** upon consideration of the Motion of Defendants to Dismiss Counts I through VII of the Debtor's Complaint, the Debtor's Opposition thereto, the parties having filed briefs, the Court having conducted oral argument, and for the reasons set forth in the attached Opinion, it is hereby:

**ORDERED**, that the Motion is granted as to Counts I through VI.  Those counts are dismissed for failure to state a claim upon which relief may be granted; and it is

**FURTHER ORDERED** that the Motion is denied as to Count VII, with the exception of the demand for attorney's fees, which is dismissed.

By the Court:

_Stephen Raslavich_

Dated:  March 31, 2011

Stephen Raslavich
Chief U.S. Bankruptcy Judge

George Conway, Esquire
Office of the United States Trustee
833 Chestnut Street
Suite 500
Philadelphia PA 19106

Counsel for Debtor
Aris J. Karalis, Esquire
Robert W. Seitzer, Esquire
Frank S. Marinas, Esquire
MASCHMEYER KARALIS, P.C.
1900 Spruce Street
Philadelphia, PA 19103

Counsel for Movants/Defendants
Francis M. Correll, Jr., Esquire
Domenic E. Pacitti, Esquire
Margaret M. Manning, Esquire
Shahan G. Teberian, Esquire
KLEHR HARRISON HARVEY
BRANZBURG LLP
1835 Market Street, Suite 1400
Philadelphia, PA 19103